**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ALFREDA DENISE WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:25-cv-04113 (UNA) |
| | ) | |
| IRENE UNKNOWN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**<u>Memorandum Opinion</u>**

Plaintiff has filed a *pro se* complaint, an application for leave to proceed *in forma pauperis* ("IFP"), and a motion for temporary restraining order. The court grants Plaintiff's IFP application, denies Plaintiff's motion for temporary restraining order, and dismisses this matter without prejudice.

Plaintiff, a D.C. resident, sues a defendant identified only as "Irene (Unknown)," whom Plaintiff alleges is a "system hacker." ECF No. 1 at 1–2. Apart from listing the parties, the complaint is left blank. *See id*. at 1–5. The complaint attaches documents related to cases that Plaintiff appears to have filed in D.C. Superior Court, in which she alleged that she was being stalked by a woman who followed her from Florida to D.C. *See id.* at 7–36.

Plaintiff has failed to establish subject matter jurisdiction. A party seeking relief in federal court must provide "a short and plaint statement of the grounds for the court's jurisdiction." Fed. R. Civ. P. 8(a). Failure to plead such facts warrants dismissal of the action. *See* Fed. R. Civ. P. 12(h)(3). Here, Plaintiff has not stated any grounds for this court's jurisdiction, and the court cannot independently discern a basis for jurisdiction from the facts provided. *See Johnson v.*

*Robinson*, 576 F.3d 522, 522 (D.C. Cir. 2009) (per curiam) ("[F]ederal court jurisdiction must affirmatively appear clearly and distinctly.") (citation omitted).

Accordingly, Plaintiff's application for leave to proceed *in forma pauperis*, ECF No. 2, is granted. Plaintiff's motion for temporary restraining order, ECF No. 3, is denied. Plaintiff's complaint, ECF No. 1, and this case are dismissed without prejudice. A separate order accompanies this memorandum opinion.

Date:   April 14, 2026              /s/_____
                                        AMIR H. ALI
                                    *United States District Judge*